BB
AO 91 (Rev. 11/11) Criminal Complaint                                                                                              2026R00024

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-23 (DLM) |
| 1. ALFREDO ALEJANDRO ALJORNA<br>2. JULIO CESAR SOSA-CELIS | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 14, 2026, in the State and District of Minnesota, the defendants **Alfredo Alejandro ALJORNA** (YOB 1999), and **Julio Cesar SOSA-CELIS** (YOB 2001), each, aided and abetted by and aiding and abetting the other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1, all in violation of Title 18, Sections 2 and 111(a)(1).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

Timothy G. Schanz, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Zoom and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1/16/26

City and State: Saint Paul, MN

_____
Judge's Signature

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*