BB
AO 442 (Rev. 11/11) Arrest Warrant

2026R00024

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
|---|---|
| v. | Case No. 26-mj-23 (DLM) |
| 1. ALFREDO ALEJANDRO ALJORNA<br>2. JULIO CESAR SOSA-CELIS | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ALFREDO ALEJANDRO ALJORNA,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint

**Count 1**: On or about January 14, 2026, in the State and District of Minnesota, the defendants **Alfredo Alejandro ALJORNA** (YOB 1999), and **Julio Cesar SOSA-CELIS** (YOB 2001), each, aided and abetted by and aiding and abetting the other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1, all in violation of Title 18, Sections 2 and 111(a)(1).

Date: 1/16/26

City and State: Saint Paul, MN

_(signature)_
*Issuing officer's signature*

Douglas L. Micko, United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*