BB
AO 442 (Rev. 11/11) Arrest Warrant

2026R00024

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

1. ALFREDO ALEJANDRO ALJORNA
2. JULIO CESAR SOSA-CELIS

**Investigative – Filed Under Seal**

Case No. 26-mj-23 (DLM)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JULIO CESAR SOSA-CELIS,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint

**Count 1**: On or about January 14, 2026, in the State and District of Minnesota, the defendants **Alfredo Alejandro ALJORNA** (YOB 1999), and **Julio Cesar SOSA-CELIS** (YOB 2001), each, aided and abetted by and aiding and abetting the other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1, all in violation of Title 18, Sections 2 and 111(a)(1).

Date: 1/16/26

City and State: Saint Paul, MN

*Issuing officer's signature*

Douglas L. Micko, United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |