IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alfredo Alejandro Aljorna (1), Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. Magistrate Judge<br><br>Case No: 26-mj-23 DLM<br>Date: January 21, 2026<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 6B<br>Time Commenced: 9:09 a.m. / 10:34 a.m.<br>Time Concluded: 9:50 a.m. / 10:44 a.m.<br>Time in Court: 51 minutes |

X **PRELIMINARY HEARING**    X **DETENTION HEARING**

Time in Court Prelim/Detention: 41 minutes/10 minutes

# APPEARANCES:

Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
Defendant: Fred Goetz
　　　　　X CJA

Interpreters/Language: Marianne McEvoy and Esperanza Lopez-Dominguez/Spanish

On    X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to STAY the Order.    X Granted.
X The Government has until 12:00 p.m. on January 22, 2026 to file an appeal. If the Government does not file an appeal by that date and time, the conditions imposed will go into effect.
X The defendant will remain in U.S. Marshal custody pending the outcome of the stay.


Additional Information:
Terry Getsch testified.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/nah*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy