**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-23 DLM |
| | ) | Date: January 21, 2026 |
| Julio Cesar Sosa-Celis (2), | ) | Court Reporter: Tim Willette |
| | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 6B |
| | ) | Time Commenced: 9:50 a.m. / 10:04 a.m. / 10:44 a.m. |
| | ) | Time Concluded: 10:00 a.m. / 10:34 a.m. / 10:54 a.m. |
| | ) | Time in Court: 50 minutes |

X **PRELIMINARY HEARING**          X **DETENTION HEARING**

Time in Court Prelim/Detention: 40 minutes/10 minutes

APPEARANCES:

Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
Defendant:  Robin Wolpert
          X CJA

Interpreters/Language: Marianne McEvoy and Esperanza Lopez-Dominguez/Spanish

On      X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to STAY the Order.      X Granted.
X The Government has until 12:00 p.m. on January 22, 2026 to file an appeal. If the Government does not file an appeal by that date and time, the conditions imposed will go into effect.
X The defendant will remain in U.S. Marshal custody pending the outcome of the stay.

Additional Information:
Terry Getsch testified.

_____ *s/nah*
Signature of Courtroom Deputy