# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO ALEJANDRO ALJORNA AND JULIO CESAR SOSA-CELIS,<br><br>　　　　Defendant. | Case No: 26-mj-23 (PAM/DLM)<br><br>**ORDER** |

Defendant Alfredo Alejandro Aljorna's Motion to Prohibit Deportation or Removal of Materials Witnesses (ECF 36) and Defendant Julio Cesar Sosa-Celis' Motion to Prohibit Deportation or Removal of Material Witnesses (ECF 37) are GRANTED.

Upon the authority therein cited, **IT IS HEREBY ORDERED that:**

1. The United States Government, and all agencies thereof including specifically the Department of Homeland Security, shall not deport or remove from the United States any material witness in this case until the conclusion of all proceedings related to the above captioned case.

2. This includes all individuals present within the SUBJECT RESIDENCE, being an apartment building located at 6xx North 24th Avenue, Minneapolis, MN 55411, at the time of the subject incident described in

the Affidavit in Support of Criminal Complaint. (ECF 1-1), which includes the following:

    a. Alfredo Alejandro Aljorna;

    b. Julio Cesar Sosa-Celis;

    c. Witness V.T.M.;

    d. Witness I.M.C.; and

    e. Witness G.A.H.L.

Dated: February ___, 2026

                                              _____
                                              Paul A. Magnuson
                                              United States District Court Judge