UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-mj-23 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Alfredo Alejandro Aljorna and<br>Julio Cesar Sosa-Celis, | |
| Defendants. | |

On February 3, 2026, the Court held a hearing on the Government's Appeal of and Motion to Revoke Orders of Release on Conditions. At that hearing, Defendant Aljorna presented exhibits to the Court. (See Docket No. 41.)

Accordingly, **IT IS HEREBY ORDERED that** the exhibits (Docket No. 41) submitted at the hearing on February 3, 2026, be **SEALED** pending further Order of the Court.

Dated: February 3, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge