IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## MOTION TO REVOKE ORDERS OF RELEASE HEARING

| | | |
|---|---|---|
| **ALFONZO JONES**, | ) | **COURT MINUTES** |
| **Plaintiff,** | ) | BEFORE: The Hon. Paul A. Magnuson, U.S. District Judge |
| v. | ) | |
| **ALFREDO ALEJANDRO ALJORNA (1),** **JULIO CESAR SOSA-CELIS (2),** | ) | Case No: 26-mj-23 (PAM/DLM)  Date: February 3, 2026  Court Reporter: Erin Drost  Courthouse: Saint Paul  Courtroom: 7D  Time Commenced: 11:03 a.m.  Time Concluded: 11:48 a.m.  Time in Court: 45 minutes |
| **Defendant** | ) | |

**APPEARANCES:**

**For Plaintiff:**
Syngen Kanassatega        DOJ-USAO                                    612-664-5600

**For Defendants:**
Frederick Goetz           Goetz & Eckland PA                          612-874-1552
Robin M Wolpert           Sapientia Law Group PLLC                    612-756-7100

**Interpreter:** Esperanza Lopez-Dominguez

**PROCEEDINGS:**

- X  The Government's Appeal and Motion to Revoke Orders of Release on Conditions (Docket No. 24) is denied.

- X  Defendant Sola-Celis's conditions of release are amended to include GPS location monitoring.

- X  Defendant Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Docket No. 36) is granted.

- X  Defendant Sosa-Celis's Motion (Docket No. 37) joining in Mr. Aljorna's Motion (Docket No. 36) is granted.

- X  Hearing record is sealed.

Dated: February 3, 2026                                              s/Nikki Scherek
                                                                     Courtroom Deputy
                                                                     To The Hon. Paul A. Magnuson