IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MOTION TO REVOKE ORDERS OF RELEASE HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SECOND AMENDED COURT MINUTES** |
| Plaintiff, | BEFORE: The Hon. Paul A. Magnuson |
| v. | U.S. District Judge |
| ALFREDO ALEJANDRO ALJORNA (1), JULIO CESAR SOSA-CELIS (2), | Case No: 26-mj-23 (PAM/DLM) |
| Defendant | Date: February 3, 2026 |
| | Court Reporter: Erin Drost |
| | Courthouse: Saint Paul |
| | Courtroom: 7D |
| | Time Commenced: 11:03 a.m. |
| | Time Concluded: 11:48 a.m. |
| | Time in Court: 45 minutes |

**APPEARANCES:**

**For Plaintiff:**
Syngen Kanassatega      DOJ-USAO                                612-664-5600

**For Defendants:**
Frederick Goetz         Goetz & Eckland PA                      612-874-1552
Robin M Wolpert         Sapientia Law Group PLLC                612-756-7100

**Interpreter:** Esperanza Lopez-Dominguez

**PROCEEDINGS:**

X  The Government's Appeal and Motion to Revoke Orders of Release on Conditions (Docket No. 24) is denied.

X  Defendant Sola-Celis's conditions of release are amended to include GPS location monitoring.

X  Defendant Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Docket No. 36) is granted.

X  Defendant Sosa-Celis's Motion (Docket No. 37) joining in Mr. Aljorna's Motion (Docket No. 36) is granted.

X  ~~Hearing record is sealed.~~ Deleted *(record does not need to be sealed)*

Dated: February 3, 2026                                     *s/Nikki Scherek*
                                                            Courtroom Deputy
                                                            To The Hon. Paul A. Magnuson