UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Alfredo Alejando Aljorna and
Julio Cesar Sosa-Celis,

Defendants.

Case No. 26-mj-23 (PAM/DLM)

**ORDER**

---

This matter is before the Court upon the Government's Motion to Dismiss Complaint with Prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Pursuant to Fed. R. Crim. P. 48(a), the Government's Motion to Dismiss Complaint with Prejudice (Docket No. 48) is **GRANTED**; and

2. The charge alleged against Defendants Alfredo Alejandro Aljorna and Julio Cesar Sosa-Celis in the Complaint filed in the above-referenced matter (Docket No. 1) is **DISMISSED with prejudice**.

Dated: February 13, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge