# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### Criminal No. 26-mj-23 (PAM/DLM)

UNITED STATES OF AMERICA,

          Plaintiff,

                              **STATEMENT OF REDACTION**

v.

JULIO CESAR SOSA CELIS,

          Defendant.

---

In accordance with Local Rule 5.5, I have reviewed the transcript of the Preliminary Hearing, filed on January 28, 2026 (ECF #35), in the above-captioned matter; and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

I hereby request the court reporter to redact the following PIs or other information in the transcript.

| Description of PI to be Redacted | Page and Line Number of PI to be Redacted | Redacted PI to Read As (e.g. XXX-XX-1234) |
|---|---|---|
| Personal address | Page 9, lines 9-10 | "XXX XXXX XXXXXX XXXXX in Minneapolis." |
| Personal address | Page 9, line 24 | "is XXX." |
| Personal address | Page 14, line 4 | "to XXXX X, the upstairs apartment" |
| Personal address | Page 18, lines 17-18 | "which is XXX XXXX XXXXXX XXXXX in Minneapolis." |
| Personal address | Page 20, line 20 | "he made his way back to XXX XXXX XXXXXX XXXXX." |
| Personal address | Page 35, line 10 | "up the stairs to XXXX X where" |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

Dated:  February 18, 2026          **SAPIENTIA LAW GROUP, PLLC**

s/Robin M. Wolpert
Robin M. Wolpert (#0310219)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101
robinw@sapientialaw.com
*Attorneys for Defendant*
*Julio Cesar Sosa Celis*